UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHINA GRILL, INC.,

                          Plaintiff,

     -against-                               19 **CIVIL** 3705 (DLC)

## JUDGMENT

ADP, LLC,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 20, 2020, ADP's motion for summary judgment is granted. China Grill's cross motion to amend and remand is denied; accordingly, this case is closed.

**Dated:**  New York, New York

          October 20, 2020

                                                           **RUBY J. KRAJICK**

                                                              Clerk of Court

                            BY:

                                                               **Deputy Clerk**